UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-464-MOC

| | |
|---|---|
| TERRY DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of | ) |
| Social Security | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on counsel for Plaintiff's Motion for Attorney's Fees under 42 U.S.C. § 406(b) in the amount of $$11,558.50. (Doc No. 23). Defendant filed a response, stating that under Gisbrecht v. Barnhart, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee. The Court finds that the requested amount is reasonable and enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's counsel is awarded fees under 42 U.S.C. § 406(b) in the amount of $$11,558.50, and, if applicable, ordered to refund to Plaintiff the smaller award between this amount and the amount counsel previously received under the EAJA.

Signed: November 18, 2022

Max O. Cogburn Jr.
United States District Judge

1